IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 3 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MERCEDES GARCIA, *et al*

    Plaintiffs,

v.

JANITORIAL PARTNERS, INC. *et al.*,

    Defendants.

Case No. 1:12-CV-0942
Honorable Richard J. Leon, Judge

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Joint Motion to Dismiss Case with Prejudice, the Court having found sufficient cause to grant the motion, it is this 21st day of September, 2013, by the United States District Court for the District of Columbia,

ORDERED, that the Joint Motion to Dismiss Case with Prejudice be, and hereby is GRANTED; and it is further

ORDERED, that this case is DISMISSED WITH PREJUDICE.

_____
Honorable Richard J. Leon, Judge
United States District Court for the
District of Columbia